Jon Kenneth FERGUSON et
al., Petitioners,

v.

W. E. McCARRELL et al., Respondents.

No. B–8626.

Supreme Court of Texas.

Oct. 17, 1979.

Rehearing Denied Nov. 21, 1979.

Kamp & Pope, T. Turner Pope, III, Houston, for petitioners.

Fred Clark, New Braunfels, for respondents.

PER CURIAM.

In this suit judgment has been rendered for the holders of a promissory note against the guarantors after severance of the maker. The decision of the court of civil appeals affirming that judgment, 582 S.W.2d 539, conflicts with the decision of the court of civil appeals in *Cook v. Citizens National Bank of Beaumont*, 538 S.W.2d 460 (Tex. Civ.App.—Beaumont 1976, no writ).

We conclude that Section 3.416(a), Texas Business and Commerce Code (1968), controls this case. Accordingly, we disapprove the holding of *Cook v. Citizens National Bank*. The application for writ of error in this case is refused, no reversible error. Rule 483, Tex.R.Civ.P.